IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| United States of America, | C/A No. 3:14-cr-00604-JFA-15 |
| vs. | **ORDER** |
| Sherrod Kovach Jerrell White. | |

Because Defendant, Sherrod Kovach Jerrell White, failed to self-report as ordered to his assigned facility, the Court hereby revokes his bond. Further, Defendant is ordered to report immediately to the United States Marshal at 901 Richland Street, Columbia, South Carolina to commence the service of his sentence as imposed by this Court (*See* ECF No. 1125).

**IT IS SO ORDERED**.

May 17, 2016
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge